**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| Ian Greenlee, Stewart Beal, Karen Maurer, C. Hedger Breed, and Robert Barnes, | Court File No. 5:23-cv-11116-JEL-DRG |
|  | District Judge Judith E. Levy |
| Plaintiffs, | Magistrate Judge David R. Grand |
| vs. |  |
| The City of Ypsilanti, Michigan, a Michigan municipality, |  |
| Defendant. |  |

**STIPULATION OF VOLUNARY DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(i)**

In accordance with Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the plaintiffs Ian Greenlee, Stewart Beal, Karen Maurer, C. Hedger Breed, and Robert Barnes, through their attorneys, stipulate with the Defendant City of Ypsilanti, through its attorney, that this action is voluntarily dismissed. Accordingly, the plaintiffs notice for the voluntary dismissal of this action is effective to dismiss the case without a court order. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 3, 2023

/s/ *Erick G. Kaardal*
Erick G. Kaardal, MN Atty. No. 229647
Mohrman, Kaardal & Erickson, P.A.
Special Counsel for Thomas More Society
150 South Fifth Street, Suite 3100
Minneapolis, MN 55402
Telephone:    (612) 341-1074
Email: kaardal@mklaw.com

Dated: August 4, 2023

/s/ B. Tyler Brooks
B. Tyler Brooks,† MI Atty. No. P82567
THOMAS MORE SOCIETY
309 W. Washington Street, Suite 1250
Chicago, IL 60606
Cell: (336) 707-8855
Fax: (336) 900-6535
Email: tbrooks@thomasmoresociety.org
† *Admitted in MI, NC, SC, and TN;*
*not admitted in IL*

*Attorneys for Plaintiffs*

Dated: August 3, 2023

/s/ Lauri B. Stewart
Lauri B. Stewart (P55014)
KERR RUSSELL AND WEBER, PLC
Attorney for Defendant
500 Woodward Avenue, Suite 2500
Detroit, MI  48226-3427
(313) 961-0200; FAX (313) 961-0388
lstewart@kerr-russell.com

*Attorneys for Defendant*

2